JOSEPH SCHLESINGER, #87692
Acting Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOMINIC FREDDIE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-cr-05212-01 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| DOMINIC FREDDIE BELL, | DATE: February 4, 2013 |
| | TIME: 8:30 A.M. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Dawrence W. Rice, Jr., and Assistant Federal Defender Victor M. Chavez, that the sentencing hearing now set for January 22, 2013, **may be moved to February 4, 2013 at 8:30 A.M.** The defense has requested this stipulation because additional time is needed for review of the dispositional memorandum and Mr. Bell is housed at the Lerdo Facility. AUSA Rice has no objection to this request.

**So Stipulated:**

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: January 9, 2013                      By: /s/ *Dawrence W. Rice, Jr.*
                                                    DAWRENCE W. RICE, JR.
                                                    Assistant United States Attorney

| | |
|---|---|
| | Attorney for Plaintiff |
| | JOSEPH SCHLESINGER<br>Acting Federal Public Defender |
| DATED: January 9, 2013 | By: /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>DOMINIC FREDDIE BELL. |

**O R D E R**

IT IS SO ORDERED.

Dated: **January 17, 2013**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE